886

November 25, 1950.

No. 253, Misc.  McGarty v. Massachusetts. Supreme Judicial Court of Massachusetts.  The motion for a stay of execution of sentence of death is denied.  Certiorari denied.  *William C. Crossley* for petitioner.

November 27, 1950.

No. 402.  Kaiser Company, Inc. et al. v. Baskin.

*Per Curiam:* The motion to affirm is granted and the judgment is affirmed.  *Baskin* v. *Industrial Accident Commission,* 338 U. S. 854; *Bethlehem Steel Co.* v. *Moores,* 335 U. S. 874; *Davis* v. *Department of Labor,* 317 U. S. 249.  *Allan P. Matthew* for appellants.  *Franklin C. Stark* and *Samuel B. Horovitz* for appellee.

No. 163.  O'Donovan, U. S. Marshal, v. United States ex rel. De Lucia.  Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit dismissed on motion of counsel for the petitioner.  Mr. Justice Clark took no part in the consideration or decision of this application.  *Solicitor General Perlman* for petitioner.  *Wm. Scott Stewart* and *George Callaghan* for respondent.

No. 216, Misc.  Smith v. Frisbie, Warden.  Motion for leave to file petition for writ of habeas corpus denied.